# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR235 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ROMANDA D. BENNETT,** | ) | |
| | ) | |
| Defendant. | ) | |

     Before the court is defendant Romanda D. Bennett's Motion to File Pretrial Motions Out of Time [12]. The defendant seeks to file a motion to suppress out of time. The government has no objection. For good cause shown, the motion [12] will be granted.

     An evidentiary hearing on the Motion to Suppress [13] will be held on **September 19, 2007** at **9:30 a.m.** in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant must be present, unless excused by the Court.

     The jury trial of the defendant scheduled before Judge Joseph F. Bataillon on September 24, 2007, is canceled and will be rescheduled following the disposition of motion to suppress.

     **IT IS SO ORDERED.**

     DATED this 21st day of August, 2007.

     BY THE COURT:

     s/ F.A. Gossett
     United States Magistrate Judge