# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:07CR235** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROMANDA D. BENNETT,** | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE JOINT ORAL MOTION OF the government and the defendant,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [13] is continued to **October 12, 2007** at **9:30 a.m.** in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Since this is a criminal case, the defendant

DATED this 18th day of September, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge