IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07 CR 235 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER RELEASING DEFENDANT FROM CUSTODY** |
| ROMANDA BENNETT, | ) ) ) | |
| Defendant. | ) | |

The Defendant, Romanda Bennett, by and through her attorney, Jessica P. Douglas, has filed a motion requesting release from custody on June 30th, 2009 to attend in-patient treatment. All parties agree to the Defendant's release to participate in residential treatment at the Lydia House.

Therefore, the Court finds that the Defendant shall be release from Marshall Custody on June 30th, 2009 and transported by a member of the Federal Public Defender's Office to the treatment program. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately.

DATED this 30th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
United States District Court Judge